UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**ADRIAN CLARK**,

    Plaintiff,

v.                                       Case No. 5:24-CV-00015-WFJ-PRL

**PUBLIX SUPER MARKETS, INC.**,

    Defendant.
_____/

## ORDER

    This cause is before the Court on Plaintiff's motion (Dkt. 40), which seeks "reconsideration" of the Court's order granting summary judgment in favor of Defendant (Dkt. 36). Plaintiff's motion is denied for the following reasons.

    Federal Rule of Civil Procedure "59(e) applies to motions for reconsideration of matters that are encompassed in a decision on the merits of the dispute." *Brown v. Synovus Fin. Corp.*, 783 F. App'x 923, 931 (11th Cir. 2019) (citations omitted); *Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1299 (11th Cir. 2010) (Tjoflat, J.) ("[T]he [reconsideration motion] . . . is best construed [under] Rule 59(e) . . . ."). Plaintiff asks for reconsideration of a merits decision, so Rule 59(e) applies.

    In the Eleventh Circuit, only "newly discovered evidence, or manifest errors of law or fact" warrant reconsideration. *Jacobs v. Tempur-Pedic Int'l, Inc.*, 626 F.3d

1

1327, 1344 (11th Cir. 2010) (alterations in original) (quoting *Arthur v. King*, 500 F.3d 1335, 1343 (11th Cir. 2007) (per curiam)). Parties must do more than simply "ask the . . . court to reexamine an unfavorable ruling," *id.*, and may not attempt to raise arguments that were available before judgment but not advanced. *See Kellog v. Schreiber*, 197 F.3d 1116, 1120 (11th Cir. 1999). Whether this burden is met is left to the sound discretion of the trial court. *See Jacobs*, 626 F.3d at 1343 n.20.

Turning to Plaintiff's motion, the Court finds no reason to disturb its order. A subset of Plaintiff's arguments attacks the factual findings of the Court, but those arguments were already raised and considered at summary judgment. The Court does not address Plaintiff's other arguments attacking its impartiality. Plaintiff's motion, at its core, asks the court to reconsider the merits of its judgment, which is insufficient. *See id.* at 1344. Therefore, Plaintiff has not met his burden.

Accordingly, Plaintiff's motion (Dkt. 40) is hereby **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, on April 21, 2025.

*/s/ William F. Jung*
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record